# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| MANILA INDUSTRIES INC. and<br>NETSPHERE, INC.,<br>      Plaintiff,<br><br>v.<br><br>ONDOVA LIMITED COMPANY,<br>      Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case no. 3:09-cv-1551-F |

## ORDER CLOSING CASE

On November 3, 2009, the Court entered its Order Adopting Report and Recommendation of the United States Bankruptcy Judge (Doc. No. 7) where the Court declined to withdraw the reference.

In light of the Fifth Circuit's recent opinion on this matter (Docket No. 10-11202), this Court is of the opinion that there are no further issues for it to address concerning the Ondova bankruptcy in this particular instance. Accordingly, the Clerk of the Court is instructed to **CLOSE** this case.

IT IS SO ORDERED.

SIGNED this 7th day of January, 2013.

_____
Royal Furgeson
Senior United States District Judge